David Lamar GODLEY, Respondent, v. UNIROYAL INC., General Motors Corporation and Sweat Pontiac-Buick-GMC-IMP, Inc., Defendants, of whom General Motors Corporation and Sweat Pontiac-Buick-GMC-IMP, Inc., are Appellants.

(300 S. E. (2d) 78)

*Ladson F. Howell,* of *Howell, Barnes, Bowers & Gibson,* Beaufort, and *Richard B. Watson,* of *Nelson, Mullins, Grier & Scarborough,* Columbia, *for appellants.*

*J. Robert Peters, Jr.,* of *Peters, Murdaugh, Parker, Eltzroth & Detrick,* Hampton, *for respondent.*

*Wade H. Logan, III,* of *Holmes, Thomson, Logan & Cantrell,* Charleston, *for defendants.*

Jan. 17, 1983.

## ORDER

This matter is currently before the Court on respondent's motion to dismiss the appeal. Appellants appealed from a circuit court order denying their motion for a change of venue.

It is generally held that an order granting or refusing a change of venue is interlocutory and therefore not immediately appealable. *See* 4 C. J. S. *Appeal & Error* § 115(a) (1957). Accordingly, this appeal is dismissed without prejudice.

This order is to be published with the opinions of this Court.